## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANN MARKS and MARTA KOLLAR | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| V. | * | |
| | * | NO: 4:09CV00653   SWW |
| LASE MED, INC., ET AL. | * | |
| | * | |
| Defendants | * | |

### ORDER OF DISMISSAL

Before the Court is Plaintiffs' motion to voluntarily dismiss this case without prejudice (docket entry #28).  Plaintiffs report that this is one of two cases pending in this court regarding the same defendants and that the related case, *Westphal v. Lase Med*, Case No. 4:09-CV-0099 JMM, is "further along" and was filed prior to this case.   Plaintiffs state that dismissal of this case will "allow the parties to conserve resources and create some judicial economy."  The time for responding has passed, and Defendants have not filed a response.  Accordingly, the Court finds that Plaintiffs' motion is unopposed.

IT IS THEREFORE ORDERED that Plaintiffs' motion for voluntary dismissal (docket entry #28) is GRANTED.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 15TH DAY OF October, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE